IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                    INFORMATION

ROBERT D. SCHEER

_____/

3:19mj68-EMT

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

That on or about December 23, 2018, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**ROBERT D. SCHEER,**

did unlawfully trespass on military property, after having received a written warning barring re-entry onto military property, in violation of Title 18, United States Code, Section 1382.

_____         3/19/2019
LAWRENCE KEEFE                                      DATE
United States Attorney